**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES B. ROBERTSON                                                                                      PLAINTIFF

v.                                             No. 4:10CV00095 JLH

FEDERAL HOME LOAN MORTGAGE
CORPORATION; WILSON & ASSOCIATES, PLLC;
FIRST AMERICAN TITLE INSURANCE
COMPANY; CITIMORTGAGE, INC.;
and DEBORAH S. SELTZER                                                                          DEFENDANTS

## ORDER

Citimortgage, Inc., has filed a second unopposed motion for extension of time to file a responsive pleading. The motion is GRANTED. Document #18. The deadline for Citimortgage, Inc., to answer or otherwise respond to plaintiff's complaint is hereby extended up to and including April 19, 2010.

IT IS SO ORDERED this 9th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE